██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAHLON WATSON, Appellant. [636 NYS2d 714] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.